UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ARLIS GLENDELL BLOUNT,

    Petitioner,

v.                                        Case No. 5:10-cv-219-Oc-23GRJ

WARDEN, FCC COLEMAN-LOW,

    Respondent.
_____/

## **ORDER DISMISSING PETITION**

Blount filed a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). However, Blount neither paid the required filing fee nor moved to proceed as a pauper within thirty days of the commencement of the case. Thus, pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**. See also 28 U.S.C. § 1914(a). The Clerk is directed to enter judgment dismissing this case without prejudice, terminate any pending motions, and close the case.

ORDERED in Tampa, Florida, on June 29, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE